Case 13-02253-TPA    Doc 177    Filed 09/02/15    Entered 09/02/15 14:00:14    Desc Main
Document    Page 1 of 2

9/2/15 10:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| RAY G. ANTHONY, *Debtor* | : : : | Case No. 10-26552-TPA |
| | | Chapter 7 |
| PHILLIP ANTHONY, *Plaintiff* | : : : | Adv. No. 13-2253-TPA |
| | | Related to Doc. No. 168 |
| v. | : : | |
| RAY G. ANTHONY and ROBERT SHEARER, TRUSTEE, *Defendants* | : : : | |

## AMENDED ORDER

*AND NOW*, this **2nd** day of **September, 2015,** following a hearing held this date on the **Joint Motion Pursuant to F.R.B.P. 9019 and 7041 to Approve Settlement of an Adversary Proceeding and a Contested Matter between Debtor and Phillip Anthony** ("Joint Motion") filed at Doc. No. 168, it is **ORDERED, ADJUDGED** and **DECREED** that the *Joint Motion* is **GRANTED**, as follows:

    (1)    The **Settlement Agreement** and **Mutual Release** attached as Exhibit B to the *Joint Motion* is **APPROVED**, the key terms of which are as follows:

    (a)    The Debtor will cause to be paid to the Plaintiff the total amount of $225,000, with an initial $75,000 to be paid within 15 days, an additional $50,000 to be paid within 6 months of the initial payment, an additional $50,000 to be paid within

        one year of the initial payment, and an additional $50,000 to be paid within two years of the initial payment, ***provided, however***, that the Debtor may satisfy this payment obligation by making a total payment of $200,000 if he pays $125,000 within 6 months of the initial payment.

(b)    Plaintiff shall promptly dismiss with prejudice all pending actions he has commenced against the Debtor in any court, including the present adversary proceeding.

(c)    The Parties will mutually release each other from and waive all claims and causes of action.

(d)    The Debtor will withdraw his pending *Motion to Enforce Automatic Stay Pursuant to 11 U.S.C. §362(a)(3) and Permanent Injunction Pursuant to 11 U.S.C. §524* ("Motion to Enforce"), main case Doc. No. 200.

(2)    The within *Adversary Proceeding* is deemed **DISMISSED** with prejudice.

(3)    The *Motion to Enforce* is deemed **DISMISSED** with prejudice.

(4)    The Court retains jurisdiction over this matter for purposes of interpretation and enforcement of the Settlement Agreement and Mutual Release.

(5)    By the agreement of the Parties ***the period otherwise applicable for an appeal*** of this *Order* is **WAIVED.**

                                                                Thomas P. Agresti, Judge
                                                               United States Bankruptcy Court

Case administrator to serve:
    Owen W. Katz, Esq.
    David Fuchs, Esq..
    Thomas Reilly, Esq.
    Debtor